ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Progeny Systems, LLC | ) ASBCA Nos. 63096, 63297, 63349 |
| | ) |
| Under Contract No. 00000-00-0-0000 | ) |

APPEARANCES FOR THE APPELLANT:    Nicole J. Owren-Wiest, Esq.
                                  Erin N. Rankin, Esq.
                                    Crowell & Moring LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Samuel W. Morris, Esq.
                                    DCMA Chief Trial Attorney
                                  Adrianne L. Goins, Esq.
                                    Trial Attorney
                                    Defense Contract Management Agency
                                    Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  December 7, 2022

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63096, 63297, 63349, Appeals of Progeny Systems, LLC, rendered in conformance with the Board's Charter.

Dated:  December 7, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals